# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOSEPH J. HOLLOWAY, : No. 43 WAL 2024
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the
v. : Commonwealth Court
:
:
PENNSYLVANIA STATE HORSE RACING :
COMMISSION, :
:
Respondent :

## ORDER

**PER CURIAM**

   **AND NOW**, this 1st day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.